RECEIVED

AUG 2 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

Energy Pipe & Equipment Rentals LLC

versus

South Oil Inc

Civil Action No. 17-cv-00594

Judge Rebecca F. Doherty

Magistrate Judge Carol B. Whitehurst

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by defendant, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Dismiss for Lack of Jurisdiction and Improper Venue is **DENIED** [Rec. Doc. 9].

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this **23** day of August , 2017.

Rebecca F. Doherty
United States District Judge